**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7353**
_____

JABORIE BROWN,

                    Petitioner – Appellant,

          v.

UNITED STATES OF AMERICA, U.S. Department of Justice;
FEDERAL BUREAU OF PRISONS, U.S.P. Lee County, Virginia,

                    Respondents – Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    James C. Turk, Senior
District Judge.  (7:10-cv-00390-jct-mfu)

_____

Submitted:  December 21, 2010      Decided:  January 4, 2011

_____

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jaborie Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaborie Brown, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Brown v. United States, No. 7:10-cv-00390-jct-mfu (W.D. Va. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED